UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 11 |
| | : | |
| STEVEN MALONE, | : | CASE NO. 16-11472-PGH |
| | : | |
| Debtor. | : | |

**UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT**

COMES NOW the United States Trustee for Region 21, in furtherance of the administrative responsibilities imposed pursuant to 28 U.S.C. §586(a), and respectfully moves this Court to enter an order dismissing, or converting to Chapter 7, the above-styled case. As cause therefore, the United States Trustee shows as follows.

1. The Debtor filed a voluntary Chapter 11 petition on February 1, 2016.

2. The Debtor's schedules reflect real property with a value of $3.5 million, personal property of $744,330, secured claims totaling $5.4 million, no priority unsecured claims and general unsecured claims of $2.6 million.

3. The Debtor is the President of Tera Industries, Inc.

4. Since the petition, little activity has occurred in this case.

5. The Debtor has filed to file his periodic financial report, as required by Bankruptcy Rule 2015.3.

6. The Debtor's most recent monthly operating report indicates significant funds in the debtor in possession bank account.

7. The Debtor has not filed a disclosure statement and plan of reorganization.

8. Section 1112(b)(1) provides that, absent unusual circumstances, the Court shall

1

dismiss or convert a case to Chapter 7 if the movant establishes cause.  Section 1112(b)(4) provides a list of causes that would meet the requirements of 11 U.S.C. §1112(b)(1).

9. The Debtor's delay moving this case towards reorganization constitutes a substantial or continuing loss of the estate and an absence of reasonable likelihood of rehabilitation, cause for dismissal or conversion pursuant to 11 U.S.C. 1112(b)(4)(A).

10. The U.S. Trustee submits that is not in the best interest of this estate and its creditors to remain in Chapter 11.

## CERTIFICATION OF CONFERENCE

I HEREBY CERTIFY that, pursuant to Local Rule 9073-1(D), I have contacted the Debtor's counsel to attempt to resolve the issues herein.  (Signature below).

WHEREFORE, the United States Trustee respectfully request this Court enter an Order dismissing or converting this case to Chapter 7 and granting any other or further relief the Court deems just and appropriate.

GUY G. GEBHARDT
Acting United States Trustee

_____/s/_____
HEIDI A. FEINMAN
Trial Attorney
Florida Bar No. 0879460

Office of the U.S. Trustee
51 SW First Avenue
Room 1204
Miami, FL 33130 (305) 536-7285

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the **UNITED STATES TRUSTEE'S MOTION TO DISMISS OR CONVERT** was electronically filed with the Court using the CM/ECF system**,** which sent notification to all parties of interest participating in the CM/ECF system and via First Class U.S. Mail to the following:

| | |
|---|---|
| Daniel M Coyle | dcoyle@astidavis.com,  ngonzalez@astidavis.com |
| Kevin L Hing | khing@logs.com,  electronicbankruptcynotices@logs.com |
| Orfelia M Mayor | omayor@ombankruptcy.com,  legalservices@pbctax.com; |
| | carmen@ombankruptcy.com; cmbk@ombankruptcy.com; |
| | omayor@ecf.inforuptcy.com |

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

DONE this the 17th day of November, 2016.

/s/
HEIDI A. FEINMAN
Trial Attorney

3